*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 14-BG-366**

IN RE:   JIN-HO CYNN,
                                        Respondent.
**Bar Registration No.  395450**                         **BDN: 187-13**

BEFORE:   Easterly, Associate Judge, and Nebeker and King, Senior Judges.

**ORDER**
(FILED - June 19, 2014)

On consideration of the certified order suspending respondent from the practice of law in the state of  Virginia for  six months, this court's April 14, 2014, order directing respondent to show cause why he should not be suspended for a period of six months as reciprocal discipline, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause or the affidavit as required by D.C. Bar R. XI,  §14 (g), it is

ORDERED that Jon-Ho Cynn is hereby suspended from the practice of law in the District of Columbia for a period of six months. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007).   It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14 (g).

**PER CURIAM**